IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY

JUL 1 2 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

| | |
|---|---|
| BRYAN SAMUEL MOONEY, a minor, by and through his parent LISA MOONEY, <br><br>    Plaintiffs, <br><br> v. <br><br> SUSAN WALLACE and HENDERSON COUNTY BOARD OF EDUCATION, <br><br>    Defendants. | No. 1:04-1190-JDT-sta |

### ORDER PERMITTING WITHDRAWAL OF COUNSEL

Jason B. Rudd and Jon A. York, attorneys for Defendant Susan Wallace, have moved the Court to permit them to withdraw as counsel in this action. Defendant Susan Wallace consents to this withdrawal. Counsel for the Plaintiffs and Co-Defendant do not object to the withdrawal and Defendant Susan Wallace is currently, and will continue to be, represented by other counsel in this matter. Furthermore, withdrawal from this case by Attorneys Jason B. Rudd and Jon A. York will not prejudice the parties and will not cause any delay in this matter. Accordingly, Attorneys Jason B. Rudd and Jon A. York's motion to withdraw as counsel in this matter is GRANTED.

IT IS SO ORDERED.

_James D. Todd_
JUDGE

DATE: _11 July 2005_

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on _7/12/05_
_7/12/05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:04-CV-01190 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

Jason B. Rudd
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable James Todd
US DISTRICT COURT