IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 NOV -1  PM 2:45

~~~~~ M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. JACKSON

BRYAN SAMUEL MOONEY, a minor
by and through his parent, LISA
MOONEY, and LISA MOONEY,
Individually,

       Plaintiffs,

VS.                                          No. 04-1190-T-AN

SUSAN WALLACE, Individually, and
HENDERSON COUNTY BOARD OF
EDUCATION,

       Defendants.

### ORDER OF REFERENCE

Defendant Henderson County Board of Education's Motion for Protective Order and In

Camera Inspection and Request for Expedited Hearing are hereby referred  to United States

Magistrate Judge  Thomas Anderson for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_1 November 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _11/2/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 1:04-CV-01190 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Jason B. Rudd
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

Honorable James Todd
US DISTRICT COURT