IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 DEC -7 PM 2:19

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

BRYAN SAMUEL MOONEY, a minor
by and through his parent, LISA
MOONEY, and LISA MOONEY,
Individually,

    Plaintiffs,

vs.

SUSAN WALLACE, Individually, and
HENDERSON COUNTY BOARD OF
EDUCATION,

    Defendants.

No. 01-04-1190-T/PH An
JURY DEMANDED

## ORDER GRANTING PLAINTIFFS' MOTION TO REPLY TO RESPONSE OF DEFENDANTS TO PLAINTIFFS' SUPPLEMENT TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

This matter came before the Court pursuant to the Plaintiffs' Reply to Response of Defendants to Plaintiffs' – Supplement to Plaintiffs' Motion for Leave to File Amended Complaint. This Court finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiffs shall file a Reply to Response of Defendants to Plaintiffs' Supplement to Plaintiffs' Motion for Leave to File Amended Complaint within ten (10) days of the entry of this Order, and the reply shall not exceed ten (10) pages.

IT IS SO ORDERED.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-7-05_



ENTER this the __7__ day of __December__, 2005.

_[signature]_

UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

APPROVED FOR ENTRY:

SPRAGINS, BARNETT & COBB, PLC

By: _[signature]_

LEWIS L. COBB #005369
CLINTON H. SCOTT #23008
J. BRANDON McWHERTER #21600
Attorney for Plaintiffs
P.O. Box 2004, 312 East Lafayette Street
Jackson, TN 38302
(731) 424-0461

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed, by U.S. mail, postage prepaid, to the following on this the ___ day of November, 2005:

Charles M. Purcell, Esq.
Jennifer Craig, Esq.
WALDROP & HALL, P.A.
P.O. Box 726
Jackson, TN 38302-0726

Larry Crain, Esq.
LAW OFFICE OF BRENTWOOD
5214 Maryland Way, Suite 402
Brentwood, TN 37027

Rusty Reviere, Esq.
Dale Thomas, Esq.
RAINEY, KIZER, REVIERE & BELL
P.O. Box 1147
Jackson, TN 38302

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 1:04-CV-01190 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jason B. Rudd
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable James Todd
US DISTRICT COURT