IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| BRYAN SAMUEL MOONEY, a minor, by and through his parent LISA MOONEY, and LISA MOONEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civ. No. <u>04-1190-T/P</u> |
| SUSAN WALLACE, and HENDERSON COUNTY BOARD OF EDUCATION, | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER TO SHOW CAUSE

Before the court is Defendant Susan Wallace's Motion to Compel Production of Documents and Things, filed October 14, 2005 (dkt # 53). In the motion, Wallace asks the court to enter an order requiring Sheriff Rick Lunsford to produce, in its entirety, any videotape involving Wallace. Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

According to the Certificate of Service attached to Wallace's motion, counsel for Sheriff Lunsford and the District Attorney

General were served with a copy of her motion to compel on October 14, 2005. Neither of these third-parties, however, has filed a response to the motion, and the time to file a response has expired.

Therefore, Sheriff Lunsford is hereby ORDERED to show cause within eleven (11) days from the date of this order why Wallace's motion to compel should not be granted. The Clerk of Court shall mail a copy of this order to counsel for Sheriff Lunsford and the District Attorney General at the following addresses:

> Chadwick R. Wood
> Counsel for Sheriff Rick Lunsford
> 85 East Church St.
> Lexington, TN 38351

> Richard H. Dunavant
> Counsel for District Attorney General Jerry Woodall
> P.O. Box 20207
> Nashville, TN 37202-0207

In addition, counsel for Susan Wallace shall provide Mr. Wood and Mr. Dunavant with written notice of this court's order to show cause.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 20, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 1:04-CV-01190 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Jason B. Rudd
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable James Todd
US DISTRICT COURT