IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| BRYAN SAMUEL MOONEY, a minor, by and through his parent LISA MOONEY, and LISA MOONEY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civ. No. 04-1190-T/P |
| SUSAN WALLACE, and HENDERSON COUNTY BOARD OF EDUCATION, | ) ) ) | |
| Defendants. | ) ) | |
| JACOB RHODES, a minor, by and through his parent DIANA RAY MOORE, and DIANA RAY MOORE, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civ. No. 04-1191-T/P |
| SUSAN WALLACE, and HENDERSON COUNTY BOARD OF EDUCATION, | ) ) ) | |
| Defendants. | ) | |

**ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND TO STRIKE OBJECTIONS**

Before the court is Plaintiffs' Motion to Compel Discovery and to Strike Objections, filed July 18, 2005 (dkt #36 in #04-1190-T/P and dkt #36 in #04-1191-T/P). On December 19, 2005, the court held a telephonic status conference with the parties. At that time, the

parties informed the court that they have resolved the issues raised in the motion. Specifically, defendant Henderson County Board of Education has agreed to withdraw its objections, and that it would fully respond to Interrogatory 23 by January 20, 2006. Thus, the motion is DENIED as moot.

IT IS SO ORDERED.

_/s/ Tu M. Pham_____
TU M. PHAM
United States Magistrate Judge

_December 20, 2005_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 1:04-CV-01190 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Jonathan David Stewart
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jason B. Rudd
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Larry L. Crain
BRENTWOOD LAW OFFICES
5214 Maryland Way
Ste. 402
Brentwood, TN 37027

Honorable James Todd
US DISTRICT COURT